# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 9, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154105

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                            SC: 154105
                            COA: 331822
                            Oakland CC: 2011-236626-FH

RYAN RICHMOND,
        Defendant-Appellant.
_____/

       On order of the Court, the application for leave to appeal the April 27, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 9, 2017



s0606
                                       Clerk